IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge

Civil Case No. 01-cv-00318-REB-CBS

CITY OF CREEDE, a Colorado Municipal Corporation,

    Plaintiff,

v.

DENVER & RIO GRANDE RAILWAY HISTORICAL FOUNDATION, a Colorado Not-For-Profit corporation, and
DONALD H. SHANK,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal With Prejudice** [#127], filed September 18, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#127], filed September 18, 2006, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 19, 2006, at Denver, Colorado

                **BY THE COURT:**

                s/ Robert E. Blackburn
                **Robert E. Blackburn**
                **United States District Judge**